UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| ABDUMADZHITKHON ZIIADULLAEV, <br><br> Petitioner, <br><br> v. <br><br> TODD M. LYONS, et al., <br><br> Respondents. | No. 1:25-CV-292-H |

### ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE

Before the Court is the petitioner's petition for a writ of habeas corpus and motion for a temporary restraining order. Dkt. Nos. 1; 2. The Court finds good cause to give the respondents 20 days to respond to this Show-Cause Order. *See* 28 U.S.C. § 2243. Therefore, the respondents are ordered to file an answer that shows cause why the petitioner's writ and motion for TRO should not be granted by no later than January 20, 2026.[1] The respondents must file with the answer all records relevant to the resolution of the petitioner's habeas petition and motion for TRO. The petitioner may file a reply to the respondents' answer by no later than February 3, 2026. The Court will determine whether a hearing is necessary after it reviews the respondents' answer and petitioner's reply.

In addition, the respondents are ordered to file, by no later than 5:00 p.m. CT on December 31, 2025, a notice addressing whether the government will commit not to remove the petitioner pending the Court's resolution of the petitioner's habeas petition and motion for TRO (Dkt. Nos. 1; 2). The respondents' notice should also address what notice, if any,

---

[1] Normally, the 20-day deadline would fall on January 19, 2026. But because January 19 is a legal holiday, the deadline is extended to January 20. *See* Fed. R. Civ. P. 6(a)(1)(C).

– 2 –

the respondents will give the petitioner's counsel and the Court prior to moving the petitioner outside the Court's jurisdiction.

Service of this Order, as well as the petition and motion for TRO (Dkt. Nos. 1; 2), shall be made by the petitioner on the United States Attorney for the Northern District of Texas, Ryan Raybould, by 12:00 p.m. CT on December 31, 2025, which shall constitute good and sufficient service on the respondents.

So ordered on December 30, 2025.

                                                JAMES WESLEY HENDRIX
                                                UNITED STATES DISTRICT JUDGE