UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

ABDUMADZHITKHON ZIIADULLAEV,

    Petitioner,

v.

                              No. 1:25-CV-292-H

TODD M. LYONS, et al.,

    Respondents.

## ORDER

Before the Court is the petitioner's motion to change venue. Dkt. No. 15. The motion does not include a certificate of conference as required under Local Civil Rule 7.1(h). Accordingly, by no later than January 23, 2026, the petitioner must file an amended motion with a certificate of conference. *See* Loc. Civ. R. 7.1(b).

So ordered on January 22, 2026.

                                                    JAMES WESLEY HENDRIX
                                                    UNITED STATES DISTRICT JUDGE